No. 84–1667. BETHEL SCHOOL DISTRICT NO. 403 ET AL. *v.* FRASER, A MINOR, ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 84–1726. EAST RIVER STEAMSHIP CORP. ET AL. *v.* TRANSAMERICA DELAVAL INC. C. A. 3d Cir. [Certiorari granted, *ante*, p. 814.] Motions of Pott Industries Inc. and Product Liability Advisory Council, Inc., et al. for leave to file briefs as *amici curiae* granted. Motion of Ingram River Equipment, Inc., for leave to file a brief as *amicus curiae* denied.

No. 84–1903. POSADAS DE PUERTO RICO ASSOCIATES, DBA CONDADO HOLIDAY INN *v.* TOURISM COMPANY OF PUERTO RICO ET AL. Sup. Ct. P. R. Motions for leave to file briefs as *amici curiae* filed by the following are granted: American Association of Advertising Agencies, Inc., Atlantic City Casino Association, American Federation of Labor and Congress of Industrial Organizations, American Newspaper Publishers Association, National Broadcasting Co., Inc., and American Broadcasting Cos., Inc., et al.

No. 84–1905. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OWENS ET AL. D. C. C. D. Cal. [Probable jurisdiction noted *sub nom. Heckler* v. *Owens, ante*, p. 899.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–385. BROCK, SECRETARY OF LABOR *v.* PIERCE COUNTY. C. A. 9th Cir. [Certiorari granted, *ante*, p. 944.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–434. UNITED STATES *v.* JAMES ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 978.] Motion of the Solicitor General to dispense with printing the joint appendix granted.